AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albert, Theodor C. | U.S. Bankruptcy Court | 08/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

411 W. Fourth Street
Santa Ana, CA 92701-4593
Suite 5085

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Chapman University, Fowler School of Law | $12,300.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 08/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card balance | J |
| 2. | American Express | credit card balance | J |
| 3. | Wells Fargo | credit card balance | J |
| 4. | Bank of America | overdraft line | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Georgia Dover Educ. Trust #2 | A | Dividend | L | T | Distributed (part) | 09/01/14 | J | | |
| 2.   -Washington Mutual Investors Fund | | | | | | | | | |
| 3.   Bank of America checking | A | Interest | J | T | | | | | |
| 4.   Griffin&Griffin 401k | C | Interest | L | T | | | | | |
| 5.   -The Growth Fund of America | | | | | | | | | |
| 6.   -The New Economy Fund | | | | | | | | | |
| 7.   -Small Cap World Fund | | | | | | | | | |
| 8.   -Washington Mutual Investors Fund | | | | | | | | | |
| 9.   -The Income Fund of America | | | | | | | | | |
| 10.   -The Bond Fund of America | | | | | | | | | |
| 11.   -American High Income Trust | | | | | | | | | |
| 12.   -U.S. Government Securities Fund | | | | | | | | | |
| 13.   -Intermediate Bond Fund of America | | | | | | | | | |
| 14.   -American Funds Money Market Fund | | | | | | | | | |
| 15.   Wells Fargo Checking | A | Interest | J | T | | | | | |
| 16.   Simple IRA Wells Fargo Advisors | A | Interest | K | T | | | | | |
| 17.   Wells Fargo Advisors #1 header | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Cash deposit | A | Interest | J | T | | | | | |
| 19. -Alpha Pro Tech | C | Distribution | J | T | Sold (part) | 10/15/14 | J | C | |
| 20. -BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 21. -Darden Restaurants | A | Dividend | J | T | | | | | |
| 22. -Frontier Communications | A | Dividend | J | T | | | | | |
| 23. -General Electric Corp. | A | Dividend | J | T | | | | | |
| 24. -New York Community Bancorp. | A | Distribution | J | T | Sold | 01/28/14 | J | A | |
| 25. -Morgan Stanley Fix/Float CPA Note | A | Dividend | J | T | | | | | |
| 26. -U.S. Treasury Bond | A | Interest | J | T | | | | | |
| 27. -Aberdeen Asia Pacific Fund | B | Dividend | J | T | | | | | |
| 28. -Morgan Stanley Emerging Market Fund | A | Dividend | J | T | | | | | |
| 29. -Eaton Vance Tax Managed Global | A | Dividend | J | T | | | | | |
| 30. -Gabeli Dividend&Income Trust | A | Dividend | J | T | | | | | |
| 31. -Blackrock Enhanced Govt. Fund | A | Dividend | J | T | | | | | |
| 32. -Green Mountain Coffee | A | Dividend | J | T | | | | | |
| 33. -Frontier Communications | A | Dividend | J | T | | | | | |
| 34. Wells Fargo Advisors #2 header | | None | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cash sweep account | A | Interest | J | T | | | | | |
| 36. -Two Harbors Invt. Corp. | A | Dividend | J | T | | | | | |
| 37. -LaSalle Bank Floating Rate | B | Interest | J | T | | | | | |
| 38. Wells Fargo Advisors #3 IRA header | | None | | | | | | | |
| 39. -Aust. Currency Shres DL ETF | A | None | J | T | Sold (part) | 7/9/14 | K | A | |
| 40. -SPDR DB Intl. Govt. | A | None | J | T | Sold (part) | 11/14/14 | J | A | |
| 41. -Xerox Corp. | A | None | J | T | Sold (part) | 12/26/14 | J | C | |
| 42. -C. SPLS 032015. | A | None | J | T | Buy | 09/17/14 | J | | |
| 43. -C SPLS 032015 | A | None | J | T | Sold | 12/22/14 | J | A | |
| 44. -Staples Inc. | A | None | J | T | Buy | 07/09/14 | J | | |
| 45. -Staples inc. | A | None | J | T | Sold | 12/22/14 | J | A | |
| 46. -Apple | A | Dividend | K | T | | | | | |
| 47. -Hecla Mining | A | Dividend | J | T | | | | | |
| 48. -AT&T | A | Dividend | J | T | | | | | |
| 49. -Guggenheim Build Am. | A | Dividend | K | T | Buy | 11/14/14 | J | | |
| 50. -Pfizer | A | Dividend | J | T | Buy | 09/10/14 | J | | |
| 51. -Pfizer | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Amgen. Inc. | A | Dividend | J | T | Buy | 04/24/14 | K | | |
| 53. -Amgen, Inc. | A | Dividend | J | T | Buy (add'l) | 09/05/14 | J | | |
| 54. -Amgen, Inc. | A | Dividend | J | T | Buy (add'l) | 12/05/14 | J | | |
| 55. -Starz Series A | A | Dividend | J | T | | | J | | |
| 56. -Guggenheim Build Am. | A | Dividend | J | T | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments cont. Items #1 Georgia Dover Educational trusts are invested in Washington Mutual Investor's Fund adminstered by Learning Quest.

Item # 6: Griffin and Griffin 401k maintained by ▮▮▮▮ former employer invested in American Funds: The Growth Fund of America-R3, The New Economy Fund r-3, Smallcap World Fund R3, The Income Fund of America R3, American High Income Trust R-3, U.S. Securities Fund R-3, Intermediate Bond Fund of America R-3 and American Funds Money Market Fund R3.

Item # 15: This account is the operating account for ▮▮▮▮ lawfirm Gaskell&Brown. Balance fluctuates daily.

Item #55: This Starz investment may have been acquired sometime in 2014, or possibly in 2013. We are researching the exact date. I can amend again when the exact date is determined.

2013 report; Two investments listed on the 2013 report, Part VII, nos. 47 and 48, were , respectively, John Hancock Life Ins. Floating Rate and Protective Life Secd. Tr. Floating rate notes. Each was reported as having been "sold in part." This was reported in error as both postions were actually completely liquidated on12/10/13 and 8/22/13, respectively. The same value codes as reported applied. This explains why these investments were not reported at all in the 2014 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 08/05/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodor C. Albert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544